UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| NAMIL, INC., | § | Case No. 15-42553-JSB |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/17/2015. The undersigned trustee was appointed on 12/18/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 12,632.58 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 96.52 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 12,536.06 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/15/2016 and the deadline for filing governmental claims was 06/15/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $2,013.26. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $2,013.26, for a total compensation of $2,013.26. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $3.05 for total expenses of $3.05

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date : 11/19/2016

By : /s/ Joseph A. Baldi
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** **15-42553**
**Case Name:** **NAMIL, INC.,**
**For Period Ending:** **11/19/2016**

**Judge:** **Janet S. Baer**

**Trustee Name:** **Joseph A. Baldi**
**Date Filed (f) or Converted (c):** **12/17/2015 (f)**
**341(a) Meeting Date:** **01/25/2016**
**Claims Bar Date:** **06/15/2016**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Checking Account | 300.00 | 300.00 | | 632.58 | FA |
| 2. Checking Account | 12,000.00 | 12,000.00 | | 12,000.00 | FA |
| 3. 6396 - 6398 W. 74th Street, Bedford Park, IL 60638 | 1,250,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Accounts receivable 90 days or less | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 1,262,300.00 | 12,300.00 | | 12,632.58 | 0.00 |

**Re Prop. #1 First Midwest Bank Checking Account**
**Re Prop. #2 First Merit Bank Checking**
**Re Prop. #3 Trustee compelled to abandon property per order 1/19/16 [dkt 9]**

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**November 2016: Trustee filed Estate tax returns; prepared TFR**

**June 2016: Trustee recovered funds in bank account. Claims bar date expired 6/15/16. Trustee will attend to tax matters and prepare TFR.**

**March 09, 2016, 05:08 pm - debtor has $12,000 in bank account, in process of turning over to trustee. File asset notice, set bar date. Real Estate abandoned, no equity for creditors, receiver took possession.**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** **15-42553**
**Case Name:** **NAMIL, INC.,**

**Judge:** **Janet S. Baer**

**Trustee Name:** **Joseph A. Baldi**
**Date Filed (f) or Converted (c):** **12/17/2015 (f)**
**341(a) Meeting Date:** **01/25/2016**

**For Period Ending:** **11/19/2016**

**Claims Bar Date:** **06/15/2016**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2016 **Current Projected Date of Final Report(TFR) :** 12/31/2016

**Trustee's Signature** /s/Joseph A. Baldi **Date:** 11/19/2016

Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 15-42553
**Case Name:** NAMIL, INC.,

**Taxpayer ID No:** **-***1109
**For Period Ending:** 11/19/2016

**Trustee Name:** Joseph A. Baldi
**Bank Name:** Associated Bank
**Account Number/CD#:** ******7535 Checking Account
**Blanket bond (per case limit):** 5,000,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/17/2016 | | NAMIL, INC.<br>6396-6398 W. 74TH STREET<br>BEDFORD PARK , IL 60638 | TURNOVER OF BANK FUNDS | | 12,396.14 | | 12,396.14 |
| | [1] | | 396.14 | 1129-000 | | | |
| | [2] | | 12,000.00 | 1129-000 | | | |
| 04/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 12,386.14 |
| 05/06/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.82 | 12,368.32 |
| 06/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.39 | 12,349.93 |
| 07/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.77 | 12,332.16 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 12,332.16 | 0.00 |
| | | | | Page Subtotals | 12,396.14 | 12,396.14 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 15-42553
**Case Name:** NAMIL, INC.,

**Taxpayer ID No:** **-***1109
**For Period Ending:** 11/19/2016

**Trustee Name:** Joseph A. Baldi
**Bank Name:** Associated Bank
**Account Number/CD#:** ******7535 Checking Account
**Blanket bond (per case limit):** 5,000,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 12,396.14 | 12,396.14 |
| | Less:Bank Transfer/CD's | 0.00 | 12,332.16 |
| **SUBTOTALS** | | 12,396.14 | 63.98 |
| | Less: Payments to Debtors | | 0.00 |
| **Net** | | 12,396.14 | 63.98 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 15-42553
**Case Name:** NAMIL, INC.,

**Taxpayer ID No:** **-***1109
**For Period Ending:** 11/19/2016

**Trustee Name:** Joseph A. Baldi
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******5534 Checking Account
**Blanket bond (per case limit):** 5,000,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 12,332.16 | | 12,332.16 |
| 07/28/2016 | [1] | First Midwest Bank<br>300 Park Blvd<br>Suite 400<br>Itasca, IL 60413 | Turnover of Bank Account Funds | 1129-000 | 236.44 | | 12,568.60 |
| 08/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 12,553.60 |
| 09/06/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 17.54 | 12,536.06 |

| | Deposits($) | Disbursements($) |
|---|---|---|
| Page Subtotals | 12,568.60 | 32.54 |
| **COLUMN TOTALS** | 12,568.60 | 32.54 |
| Less:Bank Transfer/CD's | 12,332.16 | 0.00 |
| **SUBTOTALS** | 236.44 | 32.54 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 236.44 | 32.54 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 15-42553
**Case Name:** NAMIL, INC.,

**Taxpayer ID No:** **-***1109
**For Period Ending:** 11/19/2016

**Trustee Name:** Joseph A. Baldi
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******5534 Checking Account
**Blanket bond (per case limit):** 5,000,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | |
|---|---|
| All Accounts Gross Receipts: | 12,632.58 |
| All Accounts Gross Disbursements: | 96.52 |
| All Accounts Net: | 12,536.06 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******7535 Checking Account | 12,396.14 | 63.98 | |
| ******5534 Checking Account | 236.44 | 32.54 | |
| **NetTotals** | 12,632.58 | 96.52 | 12,536.06 |

Case: 15-42553
NAMIL, INC.,

Joseph A. Baldi
CLAIMS REGISTER
EXHIBIT C

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100<br>ADMIN | 0.00 | 2,013.26 | 2,013.26 | 0.00 | 2,013.26 |
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2200<br>ADMIN | 0.00 | 3.05 | 3.05 | 0.00 | 3.05 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3110<br>ADMIN | 0.00 | 1,245.00 | 1,245.00 | 0.00 | 1,245.00 |
| | Popowcer Katten, Ltd.<br>35 W Wacker Dr<br>Chicago, IL 60601 | 3410<br>ADMIN | 0.00 | 969.00 | 969.00 | 0.00 | 969.00 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **4,230.31** | **4,230.31** | **0.00** | **4,230.31** |
| 000001 | A&N PACKAGING<br>6396 W. 74th Street<br>Bedford Park , IL 60638 | 7100<br>UNSEC | 20,995.00 | 20,995.00 | 20,995.00 | 0.00 | 20,995.00 |
| **UNSECURED TOTAL** | | | **20,995.00** | **20,995.00** | **20,995.00** | **0.00** | **20,995.00** |
| **REPORT TOTALS** | | | **20,995.00** | **25,225.31** | **25,225.31** | **0.00** | **25,225.31** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-42553
Case Name: NAMIL, INC.,

Trustee Name: Joseph A. Baldi

Balance on Hand $12,536.06

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Joseph A. Baldi | $ 2,013.26 | $ 0.00 | $ 2,013.26 |
| Trustee, Expenses: Joseph A. Baldi | $ 3.05 | $ 0.00 | $ 3.05 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 1,245.00 | $ 0.00 | $ 1,245.00 |
| Other: Popowcer Katten, Ltd. | $ 969.00 | $ 0.00 | $ 969.00 |

Total to be paid for chapter 7 administrative expenses $ 4,230.31

Remaining Balance $ 8,305.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,995.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.6 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | A&N PACKAGING | $ 20,995.00 | $ 0.00 | $ 8,305.75 |

Total to be paid to timely general unsecured creditors $ 8,305.75

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE