UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                     §
NAMIL, INC.,                               §     Case No. 15-42553
                                           §
                    Debtor(s)              §

---

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,250,000.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $8,305.75 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $4,326.83 | |

3) Total gross receipts of $12,632.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,632.58 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,462,084.02 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $4,326.83 | $4,326.83 | $4,326.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $59,770.50 | $20,995.00 | $20,995.00 | $8,305.75 |
| **TOTAL DISBURSEMENTS** | $1,521,854.52 | $25,321.83 | $25,321.83 | $12,632.58 |

4) This case was originally filed under chapter 7 on 12/17/2015. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   01/18/2017            By :   /s/ Joseph A. Baldi
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| Checking Account | 1129-000 | $632.58 |
| Checking Account | 1129-000 | $12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,632.58** |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Center Point/Small Business | | $547,000.00 | NA | NA | $0.00 |
| | First Midwest Bank | | $762,084.02 | NA | NA | $0.00 |
| | First Midwest Bank | | $153,000.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$1,462,084.02** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph A. Baldi | 2200-000 | NA | $3.05 | $3.05 | $3.05 |
| Joseph A. Baldi | 2100-000 | NA | $2,013.26 | $2,013.26 | $2,013.26 |
| Popowcer Katten, Ltd. | 3410-000 | NA | $969.00 | $969.00 | $969.00 |
| Baldi Berg, Ltd. | 3110-000 | NA | $1,245.00 | $1,245.00 | $1,245.00 |
| Associated Bank | 2600-000 | NA | $63.98 | $63.98 | $63.98 |

UST Form 101-7-TDR (10/1/2010) (Page: 3)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Texas Capital Bank | 2600-000 | NA | $32.54 | $32.54 | $32.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,326.83 | $4,326.83 | $4,326.83 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | A&N PACKAGING | 7100-000 | $20,995.00 | $20,995.00 | $20,995.00 | $8,305.75 |
| | 5Rabbit Cerveicia | | $18,425.00 | NA | NA | $0.00 |
| | Anderson's Construction | | NA | NA | NA | $0.00 |
| | Century Contractors | | NA | NA | NA | $0.00 |
| | Check Systems, Inc. | | NA | NA | NA | $0.00 |
| | Climatemp Service Group | | NA | NA | NA | $0.00 |
| | Equifax Information Services, LLC | | NA | NA | NA | $0.00 |
| | Experian | | NA | NA | NA | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Guero Landscape & Const | | NA | NA | NA | $0.00 |
| | Kolodziej, Eisen & Fey | | NA | NA | NA | $0.00 |
| | Larry Much | | NA | NA | NA | $0.00 |
| | Randall Nagai | | NA | NA | NA | $0.00 |
| | Sandrick Law Firm LLC | | $16,500.00 | NA | NA | $0.00 |
| | The Hanover Insurance Group | | $3,850.50 | NA | NA | $0.00 |
| | TransUnion Consumer Solutions | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $59,770.50 | $20,995.00 | $20,995.00 | $8,305.75 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-42553 | Judge: | Janet S. Baer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | NAMIL, INC., | | | Date Filed (f) or Converted (c): | 12/17/2015 (f) |
| | | | | 341(a) Meeting Date: | 01/25/2016 |
| For Period Ending: | 01/18/2017 | | | Claims Bar Date: | 06/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.  Checking Account | 300.00 | 300.00 | | 632.58 | FA |
| 2.  Checking Account | 12,000.00 | 12,000.00 | | 12,000.00 | FA |
| 3.  6396 - 6398 W. 74th Street, Bedford Park, IL 60638 | 1,250,000.00 | 0.00 | OA | 0.00 | FA |
| 4.  Accounts receivable 90 days or less | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 1,262,300.00 | 12,300.00 | | 12,632.58 | 0.00 |

Re Prop. #1  **First Midwest Bank Checking Account**
Re Prop. #2  **First Merit Bank Checking**
Re Prop. #3  **Trustee compelled to abandon property per order 1/19/16 [dkt 9]**

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**November 2016:  Trustee filed Estate tax returns; prepared TFR**

**June 2016:  Trustee recovered funds in bank account.  Claims bar date expired 6/15/16.  Trustee will attend to tax matters and prepare TFR.**

**March 09, 2016, 05:08 pm - debtor has $12,000 in bank account, in process of turning over to trustee.  File asset notice, set bar date.  Real Estate abandoned, no equity for creditors, receiver took possession.**

UST Form 101-7-TDR (10/1/2010) (Page 6)                                                                                                                                                                                   **EXHIBIT 8**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-42553 | Judge: | Janet S. Baer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | NAMIL, INC., | | | Date Filed (f) or Converted (c): | 12/17/2015 (f) |
| | | | | 341(a) Meeting Date: | 01/25/2016 |
| For Period Ending: | 01/18/2017 | | | Claims Bar Date: | 06/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2016       **Current Projected Date of Final Report(TFR) :** 12/31/2016

**Trustee's Signature**     /s/Joseph A. Baldi       **Date:** 01/18/2017
Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-42553 | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | NAMIL, INC., | Bank Name: | Associated Bank |
| | | Account Number/CD#: | ******7535 Checking Account |
| Taxpayer ID No: | **-***1109 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/18/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/17/2016 | | NAMIL, INC. 6396-6398 W. 74TH STREET BEDFORD PARK , IL 60638 | TURNOVER OF BANK FUNDS | | 12,396.14 | | 12,396.14 |
| | [1] | | | 396.14 | 1129-000 | | |
| | [2] | | | 12,000.00 | 1129-000 | | |
| 04/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 12,386.14 |
| 05/06/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.82 | 12,368.32 |
| 06/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.39 | 12,349.93 |
| 07/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.77 | 12,332.16 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 12,332.16 | 0.00 |
| | | | Page Subtotals | | 12,396.14 | 12,396.14 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)   EXHIBIT 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-42553 | Trustee Name: Joseph A. Baldi |
| Case Name: NAMIL, INC., | Bank Name: Associated Bank |
| | Account Number/CD#: ******7535 Checking Account |
| Taxpayer ID No: **-***1109 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 1/18/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Page Subtotals | | | | |
| | | | **COLUMN TOTALS** | | 12,396.14 | 12,396.14 | |
| | | | Less:Bank Transfer/CD's | | 0.00 | 12,332.16 | |
| | | | **SUBTOTALS** | | 12,396.14 | 63.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **Net** | | 12,396.14 | 63.98 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-42553 | Trustee Name: Joseph A. Baldi |
| Case Name: NAMIL, INC., | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5534 Checking Account |
| Taxpayer ID No: **-***1109 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 1/18/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 12,332.16 | | 12,332.16 |
| 07/28/2016 | [1] | First Midwest Bank<br>300 Park Blvd<br>Suite 400<br>Itasca, IL 60413 | Turnover of Bank Account Funds | 1129-000 | 236.44 | | 12,568.60 |
| 08/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 12,553.60 |
| 09/06/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 17.54 | 12,536.06 |
| 01/03/2017 | 52001 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 2,013.26 | 10,522.80 |
| 01/03/2017 | 52002 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 3.05 | 10,519.75 |
| | | | | Page Subtotals | 12,568.60 | 2,048.85 | |

UST Form 101-7-TDR (10/1/2010) (Page 10)                                                                                                              EXHIBIT 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-42553 | Trustee Name: | Joseph A. Baldi |
| Case Name: | NAMIL, INC., | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5534 Checking Account |
| Taxpayer ID No: | **-***1109 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/18/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/03/2017 | 52003 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3110-000 | | 1,245.00 | 9,274.75 |
| 01/03/2017 | 52004 | Popowcer Katten, Ltd.<br>35 W Wacker Dr<br>Chicago, IL 60601 | | 3410-000 | | 969.00 | 8,305.75 |
| 01/03/2017 | 52005 | A&N PACKAGING<br>6396 W. 74th Street<br>Bedford Park , IL 60638 | Disb of 39.56% to Claim #000001 | 7100-000 | | 8,305.75 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | Page Subtotals | 0.00 | 10,519.75 |
| | **COLUMN TOTALS** | 12,568.60 | 12,568.60 |
| | Less:Bank Transfer/CD's | 12,332.16 | 0.00 |
| | **SUBTOTALS** | 236.44 | 12,568.60 |
| | Less: Payments to Debtors | | 0.00 |
| | **Net** | 236.44 | 12,568.60 |

| | | | |
|---|---|---|---|
| | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Receipts: | 12,632.58 | | | |
| All Accounts Gross Disbursements: | 12,632.58 | ******7535 Checking Account | 12,396.14 | 63.98 | |
| All Accounts Net: | 0.00 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-42553 | Trustee Name: | Joseph A. Baldi |
| Case Name: | NAMIL, INC., | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5534 Checking Account |
| Taxpayer ID No: | **-***1109 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/18/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | ******5534 Checking Account | | 236.44 | 12,568.60 | |
| | | | **NetTotals** | | **12,632.58** | **12,632.58** | **0.00** |